In the Matter of the Application for the Resubmission to THE ELECTORS OF THE TOWN OF ONONDAGA of the Questions of Local Option under the Liquor Tax Law. CHARLES M. TOWNE et al., Appellants; GERARD M. PARCE, Respondent.

*Matter of Electors of Town of Onondaga*, 163 App. Div. 191, affirmed.

(Argued June 18, 1914; decided July 14, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 14, 1914, which affirmed an order of Special Term denying an application for the resubmission to the electors of the town of Onondaga of certain excise questions.

*G. W. O'Brien* for appellants.

*Merwin W. Lay* for respondent.

Order affirmed, with costs, on opinion of FOOTE, J., below.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Absent: WERNER, J.